


LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Christopher M. Burke
ChrisB@LerachLaw.com

November 30, 2006

VIA FACSIMILE

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *In re Digital Music Antitrust Litigation*
           MDL No. 1780 (LAP)

Dear Judge Preska:

    I am writing to confirm a short discussion we had with chambers concerning the timing of the submission of certain papers arising out of the parties' initial case management conference. With the Court's permission, the parties propose that that they submit to the Court a proposed Case Management Order No. 1 on Monday, December 4, 2006 and plaintiffs' proposed organizational papers on Tuesday, December 5, 2006.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

November 30, 2006

Respectfully,

*/s/ Christopher M. Burke*

Christopher M. Burke
Counsel for Plaintiffs Dennis Bulcao, et al.

CMB:tat

cc:    All Counsel (via e-mail)

S:\CasesSD\Online Music\CorresPreska 11-30-06.doc

655 West Broadway, Suite 1900 · San Diego, California 92101-3301 · 619.231.1058 · Fax 619.231.7423 · www.lerachlaw.com