UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: DIGITAL MUSIC ANTRITRUST : 06 MD 1780 (LAP)
LITIGATION :
: ORDER
This Document Relates to: All Actions :
:
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge

       Pending resolution of the recusal issue raised in Mr. Stoia's and Mr. Lovell's December 20, 2006 joint letter, all dates are adjourned sine die.

SO ORDERED:

Dated: January 12, 2007

                                                               LORETTA A. PRESKA, U.S.D.J.