*E-Filing Document*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: DIGITAL MUSIC ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | :<br>:<br>:  MASTER FILE<br>:  1:06-MD-01780 (LAP)<br>:<br>: |

### NOTICE OF ASSOCIATION OF COUNSEL

     PLEASE TAKE NOTICE that the firm of Murray and Howard, LLP, 436 14th St., Suite 1413, Oakland, California 94612, (510) 444-2660 hereby associates with the LAW OFFICES OF BRUCE L. SIMON as attorneys of record for Plaintiff Nelly Chung and the Class in the above-entitled action.

DATED: February 14, 2007
                                            SCOTT J. YUNDT
                                            MURRAY AND HOWARD, LLP

                                            BRUCE L. SIMON
                                            ESTHER L. KLISURA
                                            LAW OFFICES OF BRUCE L. SIMON


                                            By:  s/_____

                                            Scott J. Yundt (SBN: 242595)
                                            MURRAY & HOWARD, LLP
                                            436 14th Street, Suite 1413
                                            Oakland, CA 94612
                                            T:  (510) 444-2660
                                            F:  (510) 444-2522
                                            E:  syundt@mandhllp.com

                                            *Attorneys for Plaintiff*
                                            *NELLY CHUNG and the Class*