UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
```
                                                  :
IN RE: DIGITAL MUSIC ANTITRUST    :    MASTER FILE
LITIGATION                                    :    1:06-MD-01780 (LAP)
                                                  :
This Document Relates To:            :
ALL ACTIONS                              :
                                                  :
```
------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

**TO THE COURT AND ALL PARTIES OF RECORD:**

The Law Offices of Bruce L. Simon hereby advises the Court and all parties in this matter that as of March 1, 2007, the firm's new name is:

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

The address, telephone and facsimile numbers remain the same. The e-mail addresses for the attorneys in this matter have been changed as follows:

| | |
|---|---|
| Bruce L. Simon | bsimon@psswplaw.com |
| Esther L. Klisura | eklisura@psswplaw.com |

Dated: April 2, 2007

Respectfully submitted,

By: _____
Bruce L. Simon
PEARSON, SIMON, SOTER, WARSHAW
    & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:     (415) 433-9008

/ / /

764987.1

Gilmur R. Murray
Derek G. Howard
Scott J. Yundt
MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone:   (510) 444-2660
Facsimile:    (510) 444-2522

*Attorneys for Plaintiff Nelly Chung and the Proposed Class*