UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DIGITAL MUSIC ANTITRUST LITIGATION | MDL No. 1780<br>Case No. 1:06-MD-1780 |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Jayne A. Goldstein**, counsel to Richard Benham hereby advises the Court and all parties in this matter that as of September 15, 2008, she will be affiliated with **Shepherd, Finkelman, Miller & Shah, LLP**. The firm's information is as follows:

1640 Town Center Circle
Suite 216
Weston, FL 33326
Telephone: 954/515-0123
Facsimile: 954/515-0124
Email: jgoldstein@sfmslaw.com

As of the above date, please use this new firm information on all pleadings, correspondence and other documents.

Dated: October 3, 2008

By: __s/ Jayne A. Goldstein__
Jayne A. Goldstein (FL Bar No. 144088)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/515-0123
Facsimile : 954/515-0124
jgoldstein@sfmslaw.com
**Attorney for Richard Benham**