```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re DIGITAL MUSIC ANTITRUST      :   MDL Docket No. 1780
LITIGATION                         :   06 md. 1780
                                   :
----------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiffs Richard Benham, Sheri Clark, Rachel Hall, Mitchell Horton, Keaton Landry, Christopher Michaud, Lisa Owens, David Paschkett, Matthew Putnam, Cynthia Seley, and Kevin Starr hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion dated October 9, 2008 granting Defendants' motion to dismiss the Second Consolidated Amended Complaint and denying Plaintiffs' motion to amend paragraph 99 of the Second Consolidated Amended Complaint and the Judgment entered in this action on the 21st day of October, 2008.

Dated: New York, New York
       November 19, 2008

LOVELL STEWART HALEBIAN LLP

_____
Christopher Lovell (CL-2595)
Imtiaz A. Siddiqui (IS-4090)
500 Fifth Avenue
New York, New York 10110
T: (212) 608-1900
F: (212) 719-4775

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
John Stoia
Bonny Sweeney
655 West Broadway, Suite 1900
San Diego, CA 92101
T: (619) 231-1058
F: (619) 231-7423

*Interim Co-Lead Counsel for Plaintiffs*