UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re DIGITAL MUSIC ANTITRUST LITIGATION | : MDL Docket No. 1780 |
|  | : |
|  | Assigned to: Judge Loretta A. Preska |
|  | NOTICE OF FIRM NAME CHANGE |

510594_1

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm").  The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same.  Please revise your records accordingly.

DATED:  March 25, 2010  

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
BONNY E. SWEENEY
ALEXANDRA S. BERNAY
CARMEN A. MEDICI


s/ BONNY E. SWEENEY
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiffs Dennis Bulcao, Alexander Justis Clark, Matt Putman, McKenna Creamer, George Creamer, P. Evan Stephens, Kim Hanson, James Miller, Wayne Gilbert, Elise R. Devore and Mitchell Horton

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 25, 2010.

          s/ BONNY E. SWEENEY
          BONNY E. SWEENEY

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)
          E-mail:bonnys@csgrr.com

## Mailing Information for a Case 1:06-md-01780-LAP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Helena Almeida**
  halmeida@stblaw.com

- **Francis J. Balint , Jr**
  fbalint@bffb.com

- **Peter T Barbur**
  pbarbur@cravath.com,dmacina@cravath.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Alexandra S. Bernay**
  xanb@csgrr.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-sott.com,efile@scott-scott.com

- **Matthew Stephen Carrico**
  mcarrico@mayerbrown.com

- **Daniel D'Angelo**
  ddangelo@gilmanpastor.com,dpastor@gilmanpastor.com,enatale@gilmanpastor.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Daniel Charles Girard**
  dcg@girardgibbs.com,eje@girardgibbs.com,sfs@girardgibbs.com

- **Jayne Arnold Goldstein**
  jgoldstein@sfmslaw.com,pmauger@sfmslaw.com

- **Charles Pearsall Goodwin**
  cgoodwin@bm.net

- **Jessica Carolyn Grannis**
  jgrannis@steyerlaw.com

- **Joshua Paul Groban**
  joshua.groban@mto.com

- **Terry Gross**
  terry@gba-law.com,mara@gba-law.com

- **Wendy J Harrison**
  wharrison@bffb.com

- **Derek Greenfield Howard**
  dhoward@murrayhowardlaw.com

- **Gary Steven Jacobson**
  gsjacobson@lshllp.com

- **Edward David Johnson**
  wjohnson@mayerbrown.com,msamora@mayerbrown.com

- **Joseph Kattan**
  jkattan@gibsondunn.com,aarias@gibsondunn.com

- **Kelly M. Klaus**
  kelly.klaus@mto.com

- **Esther L. Klisura**
  eklisura@pswplaw.com,nhalpern@pswplaw.com,avargas@pswplaw.com,yberry@pswplaw.com

- **Bryan Matthew Kreft**
  bkreft@steyerlaw.com

- **Chet Alan Kronenberg**
  ckronenberg@stblaw.com,managingclerk@stblaw.com

- **David Howard Leventhal**
  dleventhal@faruqilaw.com

- **Kenneth Richard Logan**
  klogan@stblaw.com,managingclerk@stblaw.com

- **Ryan Eric Long**
  rlong@lshllp.com

- **Christopher Lovell**
  clovell@lshllp.com,lshscanner@lshllp.com

- **D. Scott Macrae**
  smacrae@bamlawlj.com

- **Carmen A. Medici**
  cmedici@csgrr.com

- **Edward W. Millstein**
  tmillstein@bm.net

- **Robert Jerrod Pfister**
  rpfister@stblaw.com

- **Glenn D. Pomerantz**
  glenn.pomerantz@mto.com

- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com

- **Brian James Robbins**
  notice@robbinsumeda.com

- **Robert M. Rothman**
  rrothman@csgrr.com,e_file_ny@csgrr.com

- **Christina Guerola Sarchio**
  sarchiochristina@howrey.com

- **Guido Saveri**
  guido@saveri.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,yberry@pswplaw.com,gtrevor@pswplaw.com,eklisura@pswplaw.com

- **Richard Marc Steuer**
  rsteuer@mayerbrown.com,jmarsala@mayerbrown.com

- **Allan Steyer**
  asteyer@steyerlaw.com

- **John J. Stoia , Jr**
  johns@csgrr.com

- **Ralph M. Stone**
  rstone@lawssb.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com

- **Douglas G. Thompson**
  dthompson@finkelsteinthompson.com

- **Michael O. Ware**
  mware@mayerbrown.com,jmarsala@mayerbrown.com

- **Thomas Wilhelm**
  twilhelm@lerachlaw.com

- **Georgia K. Winston**
  gwinston@gibsondunn.com,aarias@gibsondunn.com

- **Alan M. Wiseman**
  wisemana@howrey.com

- **Scott Justin Yundt**
  syundt@mandhllp.com,eklisura@comcast.net,brucelsimon@comcast.net,gmurray@mandhllp.com,dhoward@mandhllp.com,aarnall@mandhllp.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Monique Alonso
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

Kathleen Balderrama
Mayer Brown Rowe and Maw
350 South Grand Avenue
Suite 2500
Los Angeles, CA 90071

Adam C. Belsky
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

W. Joseph Bruckner
Lockridge, Grindal, Nauen & Holstein, P.L.L.P.
2200 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

Gregory A. Cummings                                            , Jr
Morgan Lewis & Bockius
Spear Tower
1 Market Plaza, 23rd Floor
San Francisco, CA 94104

Craig M. Essenmacher
Lovell, Stewart, Halebian L.L.P.
500 Fifth Avenue
New York, NY 10110

Stephen M. Garcia
The Garcia Law Firm
One World Trade Center Suite 1950
Long Beach, CA 90831

Mark C. Gardy
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Dale J. Giali
Howrey LLP (  San Francisco )
525 Market Street, Suite 3600
San Francisco, CA 94105

Bridget F. Gramme
Hulett Harper Stewart
550 West C Street
Suite 1600
San Diego, CA 92101

Daniel E. Gustafson
Gustafson Gluek
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Daniel E. Gustafson
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
```

**Blake M. Harper**
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

**Jason S. Hartley**
Ross, Dixon & Bell, L.L.P.
550 West "B" Street
Suite 400
San Diego, CA 92101-3538

**Daniel C. Hedlund**
Gustafson Gluek
650 Northstar East
608 Second Avenue, South
Minneapolis, MN 55402

**Daniel C. Hedlund**
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

**Sarina M. Hinson**
The Garcia Law Firm
One World Trade Center Suite 1950
Long Beach, CA 90831

**Sheri L. Kelly**
Girard Gibbs LLP
601 California Street, Ste. 1400
San Francisco, CA 94108

**Sylvie K. Kern**
Glancy, Binkow & Goldberg
455 Market Street
Suite 1810
San Francisco, CA 94105

**Mark Leland Knutson**
Finkelstein and Krinsk
501 West Broadway
Suite 1250
San Diego, CA 92101

**Susan G. Kupfer**
Glancy, Binkow & Goldberg
455 Market Street
Suite 1810
San Francisco, CA 94105

**R. Reid Lebeau**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**Richard A. Lockridge**
Lockridge, Grindal, Nauen, P.L.L.P.
100 Washington Avenue S.
Minneapolis, MN 55401

**Barbara L. Lyons**
Cotchett PitreSimon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Gilmur R. Murray**
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

**James N. Penrod**
Morgan Lewis & Bockius
Spear Tower
1 Market Plaza, 23rd Floor
San Francisco, CA 94104

**Josh Piovia-Scott**
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue
Pasadena, CA 91103

**Merrick S. Rayle**
Lovell, Stewart, Halebian L.L.P.
500 Fifth Avenue
New York, NY 10110

**Randy R. Renick**
Law Offices of Randy Renick
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

**Tracy D. Rezvani**
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

**Benjamin K. Riley**
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

**Dennis Stewart**
Hulett Harper Stewart LLP
550 West C Street, Ste. 1600
San Diego, CA 92101

**Sarah Wetzstein**
Gibson, Dunn & Crutcher, LLP (LA)
333 South Grand Avenue
Los Angeles, CA 90071

**Cadio Zirpoli**
Saveri & Saveri Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111