AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District     DISTRICT OF     New York

## APPEARANCE

Case Number: 06 MDL 1780 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

In Re: Digital Music Antitrust Litigation
This Document Relates to All Actions

Tracy D. Rezvani, Esq., Pro Hac Vice
Finkelstein Thompson LLP

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2011 | *Tracy Rezvani* (signature) |
| Date | Signature |
| | Tracy D. Rezvani     DC 464293 |
| | Print Name     Bar Number |
| | 1050 30th Street, NW |
| | Address |
| | Washington   District if Columb   20007 |
| | City   State   Zip Code |
| | (202) 337-8000     (202) 337-8090 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, the foregoing Appearance for Tracy D. Rezvani was served upon all counsel of record via electronic mail.

Dated: January 11, 2011

*Sandra Irwin*
Sandra Irwin
Secretary
Finkelstein Thompson LLP
1050 30th Street, NW
Washington, DC  20007