UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

---------------------------------------------------------x
In Re:  Digital Music Antitrust Litigation   :
                                              :       06 MDL 1780 (LAP)
---------------------------------------------------------x
                                              :       NOTICE OF CHANGE OF
*This Document Relates to:*  All Actions     :       ADDRESS
---------------------------------------------------------x


<u>Notice of Change of Address</u>

Please be advised that the address for Finkelstein Thompson LLP has been changed to:

James Place
1077 30th St NW
Suite 150
Washington, D.C. 20007

All other contact information remains the same.

Dated:  December 5, 2011               Respectfully submitted,

                                         /s/ Tracy Rezvani
                                        Tracy Rezvani
                                        FINKELSTEIN THOMPSON LLP
                                        James Place
                                        1077 30th Street, N.W.
                                        Suite 150
                                        Washington, D.C. 20007
                                        trezvani@finkelsteinthompson.com
                                        Tel: (202) 337-8000
                                        Fax: (202) 337-8090

                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The attached Notice in *In re: Digital Music Antitrust Litigation*, 06 MDL 1780 (LAP) was sent via electronic mail on December 5, 2011 to counsel of record:

cmcgrath@lshllp.com; klogan@stblaw.com; jyoungwood@stblaw.com; wisemana@howrey.com;  IsaacsonT@howrey.com; pbarbur@cravath.com; Glenn.Pomerantz@mto.com;  JKattan@gibsondunn.com; RSteuer@mayerbrown.com; gjacobson@lshllp.com;  clovell@lshllp.com; guido@saveri.com; jwhatley@whatleydrake.com; dstewart@hulettharper.com; bonnys@rgrdlaw.com; wjbruckner@locklaw.com; craigessenmacher@yahoo.com

       _/s/ Tracy Rezvani_____
       Tracy Rezvani