**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

March 13, 2014

<u>VIA ECF</u>

The Honorable Chief Judge Loretta A. Preska
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

    Re:    *In re Digital Music Antitrust Litig.*, No. 06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

    We respectfully submit this letter on behalf of all plaintiffs to request a pre-motion conference pursuant to your Honor's Individual Practice Rule 2.A. regarding pre-motion conferences, for plaintiffs' anticipated motion to add and remove named plaintiffs prior to plaintiffs' motion for class certification to the Conformed Third Consolidated Amended Complaint ("Complaint") pursuant to Rule 21 of the Federal Rules of Civil Procedure.

**I.    Introduction**

    Pursuant to Rule 21, plaintiffs respectfully seek leave to add the following representative plaintiffs to the Complaint, filed August 31, 2011: Shawn Sellers, Cynthia Walker, Ronald Donahue, Alexandra Nordlinger, Randal Schaffer and Michael Newton. Plaintiffs also seek to remove as named plaintiffs the following individuals who had previously been named in the Complaint: Kevin Starr, Cato Thornton, Christopher Michaud, Andrew Edenbaum, Rachael Hall, Mitchell Horton, Keaton Landry and Sheri Clark (Lowery).

    Plaintiffs will move for the following individuals to be named as class representatives in the motion for class certification, to be filed March 14, 2014:

    Shawn Sellers, Lisa Owens, Matthew Putman, Cynthia Seley, Kathryn Kelly, Michael Newton, Alexandra Nordlinger, Randal Schaffer, David Paschkett, Richard Benham, Cynthia Walker and Ronald Donahue.

**Robbins Geller Rudman & Dowd LLP**

The Honorable Chief Judge Loretta A. Preska
March 13, 2014
Page 2

**II.     Argument**

Pursuant to Rule 21, plaintiffs seek leave to add additional class representatives to address any potential standing issues and to provide potential class representatives for certain state sub-classes in their motion for class certification.

Adding additional representative plaintiffs and removing others does not cause prejudice to the defendants or to the Court.  The proposed additional plaintiffs have been providing discovery responses to defendants and class certification briefing has not yet occurred.  Defendants will have an opportunity to depose the proposed representatives and this relief is being sought within the Court's deadline regarding class certification.

"Where, as here, a proposed amendment adds new parties, the propriety of amendment is governed by Rule 21 of the Federal Rules of Civil Procedure." *Lawrence v. Starbucks Corp.*, No. 08 Civ. 3734 (LTS) (JCF), 2009 U.S. Dist. LEXIS 114909, at *7-*8 (S.D.N.Y. Dec. 10, 2009).  "That rule states that a party may be added to an action 'at any time, on just terms.'" *Id*. (quoting Fed. R. Civ. P. 21).  "[J]oinder will be permitted absent undue delay, bad faith, prejudice, or futility." *Id*.[1]

This rule affords broad discretion to the court in adding and dropping parties; either may be done at any time and under any terms or conditions imposed by the court. *Fair Hous. Dev. Fund Corp. v. Burke*, 55 F.R.D. 414, 419 (E.D.N.Y. 1972).  Like Rule 15, Rule 21 has the "same standard of liberality.'" *FTD Corp. v. Banker's Trust Co.*, 954 F. Supp. 106, 109 (S.D.N.Y. 1997) (citing *Fair Hous. Dev. Fund Corp. v. Burke,* 55 F.R.D. 414, 419 (E.D.N.Y. 1972) *and Expoconsul Int'l, Inc. v. A/E Sys., Inc.,* 145 F.R.D. 336, 337 n.4 (S.D.N.Y. 1993)) (Preska, J.); *see also Duling v. Gristede's Operating Corp.*, 265 F.R.D. 91, 96-97 (S.D.N.Y. 2010).

The amendment to allow the addition of the above-named plaintiffs would be in line with the policy and practice of other courts in this circuit. *See, e.g.*, *Cortigiano*, 227 F.R.D. at 201 (allowing additional plaintiffs to be added).  For the same reasons, removing certain previously named plaintiffs is also proper. *See, e.g., First Ebenezer Baptist Church v. Consol. Edison Co.*, 974 F. Supp. 283 (S.D.N.Y. 1997) (granting request to remove named plaintiff from complaint).

---

[1]     While the propriety of adding new parties is generally governed by Rule 21, amendment is also proper under Rule 15(a)(2).  Under Rule 15(a)(2), leave to amend should be "freely give[n]."  Fed. R. Civ. P. 15(a)(2).  "[C]ourts have shown a strong liberality in allowing amendments under Rule 15(a) . . . in recognition of the principle that controversies should be decided on the merits whenever practicable." *United States v. New York*, 82 F.R.D. 2, 4 (N.D.N.Y 1978).

921323_1

**Robbins Geller Rudman & Dowd LLP**

The Honorable Chief Judge Loretta A. Preska
March 13, 2014
Page 3

### III. Conclusion

For the foregoing reasons, plaintiffs respectfully seek leave to add Shawn Sellers, Cynthia Walker, Ronald Donahue, Alexandra Nordlinger, Randal Schaffer and Michael Newton as named plaintiffs and proposed class representatives and to remove Kevin Starr, Cato Thornton, Christopher Michaud, Andrew Edenbaum, Rachael Hall, Mitchell Horton, Keaton Landry and Sheri Clark (Lowery).

Respectfully submitted,

LOVELL STEWART HALEBIAN JACOBSON LLP

*s/ Christopher Lovell*

CHRISTOPHER LOVELL

ROBBINS GELLER RUDMAN & DOWD LLP

*s/ Alexandra S. Bernay*

ALEXANDRA S. BERNAY

cc:   All Counsel of Record (via ECF)

921323_1

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2014.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  xanb@rgrdlaw.com

## Mailing Information for a Case 1:06-md-01780-LAP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Helena Almeida**
  halmeida@stblaw.com

- **Francis J. Balint , Jr**
  fbalint@bffb.com

- **Peter T Barbur**
  pbarbur@cravath.com,dmacina@cravath.com

- **Brian Joseph Barry**
  bribarry1@yahoo.com

- **Alexandra S. Bernay**
  xanb@rgrdlaw.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,amhorningnygren@locklaw.com,hnpotteiger@locklaw.com,dlwells@locklaw.com,emsipe@locklaw.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,wnoss@scott-scott.com,edewan@scott-scott.com,kanderson@scott-scott.com,efile@scott-scott.com

- **Christopher John Caputo**
  ccaputo@stblaw.com

- **Matthew Stephen Carrico**
  mcarrico@mayerbrown.com

- **Daniel D'Angelo**
  ddangelo@gilmanpastor.com,dpastor@gilmanpastor.com,enatale@gilmanpastor.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Lynn M Engel**
  lynn.marie.engel@gmail.com

- **Craig M. Essenmacher**
  craigessenmacher@yahoo.com

- **Daniel Charles Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **Charles Pearsall Goodwin**
  cgoodwin@bm.net

- **Jessica Carolyn Grannis**
  jgrannis@steyerlaw.com

- **Joshua Paul Groban**
  joshua.groban@mto.com

- **Terry Gross**
  terry@gba-law.com,adam@gba-law.com,joann@gba-law.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Wendy J Harrison**
  wharrison@bffb.com

- **Daniel C. Hedlund**
  dhedlund@gustafsongluek.com

- **Derek Greenfield Howard**
  dhoward@murrayhowardlaw.com

- **Gary Steven Jacobson**
  gsjacobson@lshllp.com

- **Edward David Johnson**
  wjohnson@mayerbrown.com,pdocket@mayerbrown.com,kneale@mayerbrown.com,mkarczewski@mayerbrown.com

- **Angelique Kaounis**
  akaounis@gibsondunn.com,mballar@gibsondunn.com

- **Joseph Kattan**
  jkattan@gibsondunn.com,aarias@gibsondunn.com

- **Kelly M. Klaus**
  kelly.klaus@mto.com,Julie.Lunsford@mto.com

- **Esther L. Klisura**
  eklisura@sherleff.com

- **Mark Leland Knutson**
  mlk@classactionlaw.com

- **Bryan Matthew Kreft**
  bkreft@steyerlaw.com

- **Chet Alan Kronenberg**
  ckronenberg@stblaw.com,managingclerk@stblaw.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,info@glancylaw.com,sfreception@glancylaw.com

- **David Howard Leventhal**
  david@dhllawfirm.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com

- **Kenneth Richard Logan**
  klogan@stblaw.com,managingclerk@stblaw.com

- **Ryan Eric Long**
  rlong@sanderslong.com

- **Christopher Lovell**
  clovell@lshllp.com,lshscanner@lshllp.com

- **D. Scott Macrae**
  smacrae@bamlawlj.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com

- **Edward W. Millstein**
  tmillstein@bm.net

- **Eamon O'Kelly**
  olelly.eamon@arentfox.com,courtalert@dl.com

- **Glenn D. Pomerantz**
  glenn.pomerantz@mto.com

- **Elizabeth Cheryl Pritzker**
  ecp@girardgibbs.com

- **Merrick S. Rayle**
  msrayle@sbcglobal.net

- **Tracy Diana Rezvani**
  trezvani@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com

- **Brian James Robbins**
  notice@robbinsarroyo.com,

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Devin Farrell Ryan**
  dryan@stblaw.com

- **Guido Saveri**
  guido@saveri.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jhamilton@cpmlegal.com,lconcepcion@cpmlegal.com

- **Bruce Lee Simon**
  bsimon@pswlaw.com,mpearson@pswlaw.com,cpearson@pswlaw.com,yberry@pswlaw.com,mwilliams@pswlaw.com,gtrevor@pswlaw.com

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com

- **John J. Stoia , Jr**
  johns@rgrdlaw.com,johns@csgrr.com

- **Ralph M. Stone**
  rstone@lawssb.com

- **Bonny E. Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Molly A Terwilliger**
  mollyt@summitlaw.com,kathyw@summitlaw.com

- **Douglas G. Thompson**
  dthompson@finkelsteinthompson.com

- **Michael Orth Ware**
  mware@mayerbrown.com,jmarsala@mayerbrown.com

- **Joseph Franklin Wayland**
  jwayland@stblaw.com,managingclerk@stblaw.com

- **Thomas Wilhelm**
  twilhelm@lerachlaw.com

- **Georgia K. Winston**
  gwinston@gibsondunn.com,aarias@gibsondunn.com

- **Alan M. Wiseman**
  awiseman@cov.com,tisaacson@cov.com,abass@cov.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com

- **Scott Justin Yundt**
  syundt@mandhllp.com,eklisura@comcast.net,brucelsimon@comcast.net,gmurray@mandhllp.com,dhoward@mandhllp.com,aarnall@mandhllp.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Monique Alonso**
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

**Kathleen Balderrama**
Mayer Brown Rowe and Maw
350 South Grand Avenue
Suite 2500
Los Angeles, CA 90071

**Adam C. Belsky**
Gross & Belsky LLP
180 Montgomery Street, Ste 2200
San Francisco, CA 94104

**Gregory A. Cummings**                                              , **Jr**
Morgan Lewis & Bockius

Spear Tower
1 Market Plaza, 23rd Floor
San Francisco, CA 94104

**Daniel M. Flores**
Gibson, Dunn & Crutcher, LLP (CA)
1881 Page Mill Road
Palo Alto, CA 94304

**Stephen M. Garcia**
The Garcia Law Firm
One World Trade Center Suite 1950
Long Beach, CA 90831

**Mark C. Gardy**
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

**Dale J. Giali**
Howrey LLP (  San Francisco )
525 Market Street, Suite 3600
San Francisco, CA 94105

**Bridget F. Gramme**
Hulett Harper Stewart
550 West C Street
Suite 1600
San Diego, CA 92101

**Blake M. Harper**
Hulett Harper
550 West C Street
Suite 1770
San Diego, CA 92101

**Jason S. Hartley**
Ross, Dixon & Bell, L.L.P.
550 West "B" Street
Suite 400
San Diego, CA 92101-3538

**Sarina M. Hinson**
The Garcia Law Firm
One World Trade Center Suite 1950
Long Beach, CA 90831

**Kathryn Elizabeth Kelly**
,

**Sheri L. Kelly**
Girard Gibbs LLP
601 California Street, Ste. 1400
San Francisco, CA 94108

**Sylvie K. Kern**
Glancy, Binkow & Goldberg
455 Market Street
Suite 1810
San Francisco, CA 94105

**R. Reid Lebeau**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**Barbara L. Lyons**
Cotchett PitreSimon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Gilmur R. Murray**
Murray & Howard, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

**James N. Penrod**
Morgan Lewis & Bockius
Spear Tower
1 Market Plaza, 23rd Floor
San Francisco, CA 94104

**Josh Piovia-Scott**
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue
Pasadena, CA 91103

**Randy R. Renick**
Law Offices of Randy Renick
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

**Benjamin K. Riley**
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

**Mark C. Schechter**
 Antitrust Division U.S. Department of Justice
555 4th Street, N.W.
Washington, DC,  20001

**Dennis Stewart**
Hulett Harper Stewart LLP
550 West C Street, Ste. 1600
San Diego, CA 92101

**Sarah Wetzstein**
Gibson, Dunn & Crutcher, LLP (LA)
333 South Grand Avenue
Los Angeles, CA 90071

**Cadio Zirpoli**
Saveri & Saveri Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111