USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE: DIGITAL MUSIC ANTITRUST      :
LITIGATION                          :   06 MD 1780 (LAP)
                                    :
THIS DOCUMENT RELATES TO:           :   ORDER
ALL ACTIONS                         :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

By order dated March 18, 2014 [dkt. no. 234], the Court scheduled a teleconference for 9 a.m. on April 15, 2014. That teleconference is hereby adjourned to 2 p.m. on April 15, 2014.

SO ORDERED.

Dated:    New York, New York
          March 26, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge