
MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

RONALD L. OLSON† ROBERT E. DENHAM JEFFREY I. WEINBERGER CARY B. LERMAN GREGORY P. STONE BRAD D. BRIAN BRADLEY S. PHILLIPS GEORGE M. GARVEY WILLIAM D. TEMKO STEPHEN M. KRISTOVICH JOHN W. SPIEGEL TERRY E. SANCHEZ STEVEN M. PERRY MARK B. HELM JOSEPH D. LEE MICHAEL R. DOYEN MICHAEL E. SOLOFF GREGORY D. PHILLIPS KATHLEEN M. McDOWELL GLENN D. POMERANTZ THOMAS B. WALPER PATRICK J. CAFFERTY, JR. JAY M. FUJITANI O'MALLEY M. MILLER SANDRA A. SEVILLE-JONES MARK H. EPSTEIN HENRY WEISSMANN KEVIN S. ALLRED BART H. WILLIAMS JEFFREY A. HEINTZ JUDITH T. KITANO KRISTIN LINSLEY MYLES MARC T.G. DWORSKY JEROME C. ROTH STEPHEN D. ROSE JEFFREY L. BLEICH GARTH T. VINCENT TED DANE STUART N. SENATOR MARTIN D. BERN DANIEL P. COLLINS ROBERT L. DELL ANGELO BRUCE A. ABBOTT JONATHAN E. ALTMAN MARY ANN TODD MICHAEL J. O'SULLIVAN KELLY M. KLAUS DAVID B. GOLDMAN KEVIN S. MASUDA HOJOON HWANG

PETER A. DETRE DAVID H. FRY LISA J. DEMSKY MALCOLM A. HEINICKE GREGORY J. WEINGART TAMERLIN J. GODLEY JAMES C. RUTTEN RICHARD ST. JOHN ROHIT K. SINGLA LUIS LI CAROLYN HOECKER LUEDTKE C. DAVID LEE MARK H. KIM BRETT J. RODDA SEAN ESKOVITZ FRED A. ROWLEY, JR. KATHERINE M. FORSTER BLANCA FROMM YOUNG RANDALL G. SOMMER MARIA SEFERIAN MANUEL F. CACHÁN ROSEMARIE T. RING JOSEPH J. YBARRA TODD J. ROSEN TRUC T. DO MELINDA EADES LeMOINE SETH GOLDMAN GRANT A. DAVIS-DENNY JONATHAN H. BLAVIN DANIEL B. LEVIN MIRIAM KIM MISTY M. SANFORD KATHERINE KU HAILYN J. CHEN BETHANY W. KRISTOVICH SUSAN R. SZABO JACOB S. KREILKAMP ERIC P. TUTTLE HEATHER E. TAKAHASHI KEITH R.D. HAMILTON, II SORAYA C. KELLY JEFFREY Y. WU ALISSA BRANHAM ADAM R. LAWTON JENNY H. HONG AARON SEIJI LOWENSTEIN LAURA D. SMOLOWE MATTHEW A. MACDONALD

†A PROFESSIONAL CORPORATION

MARGARET G. MARASCHINO ESTHER H. SUNG BENJAMIN J. MARO MICHAEL J. MONGAN KYLE A. CASAZZA ERIN J. COX CLAIRE YAN ALLISON S. WOODS JESLYN A. MILLER MARK R. SAYSON CHRISTIAN K. WREDE PETER E. GRATZINGER ANJAN CHOUDHURY JEREMY A. LAWRENCE BENJAMIN E. FRIEDMAN CHRISTOPHER M. LYNCH RAY S. SEILIE NICHOLAS C. SOLTMAN ADAM I. KAPLAN AMELIA L.B. SARGENT KENNETH M. TRUJILLO-JAMISON BRYAN H. HECKENLIVELY LAURA WIRTH JASMINE M. ROBERTS JENNIFER A. JONES LAURA K. LIN KYLE W. MACH JEFFREY M. OSOFSKY GREGORY M. SERGI ACHYUT J. PHADKE DAVID A. TAYLOR NEWMAN NAHAS TINA W. ARROYO MARI OVERBECK JESSE MAX CREED JOHN M. GILDERSLEEVE ERIC K. CHIU SARAH L. GRAHAM JESSICA BARCLAY-STROBEL ZACHARY M. BRIERS JENNIFER M. BRODER CHRISTINA P. MONIODIS JOHN P. MITTELBACH EMMANUEL S. TEDDER SARAH GARBER SAMUEL T. GREENBERG CAROLINE M. McKAY EMILY B. VIGLIETTA WILLIAM J. EDELMAN

KEVIN L. BRADY EMILY R.D. MURPHY ELLEN MEDLIN RICHMOND NICOLE S. PHILLIS JORDAN D. SEGALL DANIEL J. HARRIS VICTORIA A. DEGTYAREVA WESLEY T.L. BURRELL CHRISTA L. CULVER ANYA J. GOLDSTEIN KAREN A. LORANG KURUVILLA J. OLASA MATTHEW D. ROWEN KEVIN H. SCOTT JUSTIN P. RAPHAEL HANNAH E. SHEARER ELIA HERRERA ROBERT W. GRAY, JR. THOMAS P. CLANCY JOSHUA PATASHNIK ERIC C. TUNG GUHA KRISHNAMURTHI JOSHUA S. MELTZER SARA E. CROLL ANDREW G. PROUT THANE REHN ADAM B. WEISS AMY L. GREYWITT ROSE LEDA EHLER

OF COUNSEL
RICHARD D. ESBENSHADE† ROBERT K. JOHNSON† ALAN V. FRIEDMAN† RONALD K. MEYER ALLISON B. STEIN SUSAN E. NASH WILLIANA CHANG MIRANDA KANE BRAD SCHNEIDER

E. LEROY TOLLES (1922-2008)

June 9, 2014

WRITER'S DIRECT CONTACT
(213) 683-9171
(213) 683-4071 FAX
melinda.lemoine@mto.com

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, NY 10007

Re: In re Digital Music Antitrust Litigation, No. 1:06-MD-1780

Dear Judge Preska:

I write on behalf of Defendants to ask the Court for a pre-motion conference on a deposition scheduling issue. Plaintiffs refuse to produce named plaintiff and proposed class representative Lisa Owens in either the district in which she alleged she resided at the time of the Third Consolidated Amended Complaint (the Central District of California), or the district in which she elected to bring this lawsuit. Instead, Plaintiffs insist Defendants travel to London, England to depose Ms. Owens. Defendants ask for a pre-motion conference for a motion to either compel Plaintiffs to produce Ms. Owens in either the Central District of California or the Southern District of New York, or to pay Defendants' costs for travel to London to take the deposition pursuant to Local Rule 30.1.

Ms. Owens is named in the Third Amended & Consolidated Complaint, and thus is a proposed class representative. The Court has ordered proposed class representatives to appear for deposition "in the Districts in which they reside . . ." Dkt. No. 253 at 3. Citing the text of the Order, Plaintiffs argue that Defendants must travel to London to take Ms. Owens' deposition, because that is where she now resides. But the Court's use of the capitalized term "Districts" in

the Order plainly refers to *federal judicial districts*, as that word is used in the Federal Rules of Civil Procedure. *See, e.g.*, Fed. R. Civ. Proc. 37(b)(1)-(2). London, England is not within any such federal judicial "District[]," so Plaintiffs' insistence that Defendants travel internationally to take this deposition is not consistent with the Order.

Plaintiffs' demand also contravenes "the general rule": "Ordinarily, a defendant is entitled to examine a plaintiff in the forum where plaintiff has chosen to sue." *Seuthe v. Renwal Prod*., 38 F.R.D. 353, 353 (S.D.N.Y. 1965). In deciding whether to deviate from this rule, courts balance "claims of prejudice and those of hardship." *Estate of Gerasimenko v. Cape Wind Trading Co.,* 272 F.R.D. 385, 387 (S.D.N.Y. 2011). The only hardship Plaintiffs have identified is that Ms. Owens is too busy with work to make the trip. A busy work calendar has been deemed an insufficient reason to excuse a Plaintiff from appearing for deposition within the forum they chose to sue. *See Daly v. Delta Airlines, Inc*., 90 CIV. 5700 (MEL), 1991 WL 33392 (S.D.N.Y. Mar. 7, 1991) (work conflicts "hardly constitute[] a showing of inordinate hardship"). On the other hand, requiring international travel would prejudice Defendants. Defendants have made every effort to accommodate Plaintiffs in the depositions scheduled in this case, traveling to Minnesota, Florida, Michigan, and other federal judicial districts. But the increased travel cost and time involved in international travel would exceed these reasonable accommodations.

Defendants have asked Plaintiffs to compensate them for travel to London pursuant to Local Rule 30.1 as a means of addressing this hardship and Ms. Owens' schedule. Plaintiffs have refused. Indeed, Plaintiffs have suggested that rather than produce Ms. Owens in the United States or pay defendants' costs for travel, they will withdraw Ms. Owens as a plaintiff in this case. As Defendants have explained several times in letters to the Court, Plaintiffs should not be permitted to pick and choose the Plaintiffs from whom Defendants may take discovery. Ms. Owens is named in the operative complaint. This discovery has been ordered from her by the Court more than once. Plaintiffs should not be permitted to avoid it on the grounds of inconvenience.

Defendants respectfully request the Court convene a pre-motion conference and either (1) order Ms. Owens to appear in this District where she brought suit, or in the Central District of California (her alleged residence in the operative complaint); or (2) order Plaintiffs to pay Defendants' costs of travel to London to take Ms. Owens' deposition there.

Very truly yours,

*/s/ Melinda E. LeMoine*

Melinda E. LeMoine

MEL