```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE: DIGITAL MUSIC ANTITRUST      :
LITIGATION                          :   06-MD-1780 (LAP)
                                    :
THIS DOCUMENT RELATES TO:           :   ORDER
ALL ACTIONS                         :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

The Court has reviewed the parties' submissions concerning pre-motion conferences on the following issues: 1) scheduling the deposition of proposed class representative Lisa Owens; 2) withdrawal of proposed class representative Lisa Owens; and 3) withdrawal of proposed class representative Matthew Putman. (See [dkt nos. 263-64, 266, 268-71].)

Because there has been no affidavit made on personal knowledge concerning Owens's situation, Owens shall make production as ordered and appear for deposition in either the Southern District of New York or the Central District of California.

1

A conference on Putman's proposed motion shall be held telephonically at 3:30 p.m. on July 7, 2014. Parties shall call chambers jointly.

SO ORDERED.

Dated:   New York, New York
         June 30, 2014

_____
LORETTA A. PRESKA
Chief United States District Judge

2