**ROBBINS GELLER RUDMAN & DOWD LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Carmen A. Medici
cmedici@rgrdlaw.com

August 16, 2017

<u>VIA ECF</u>

The Honorable Judge Loretta A. Preska
United States District Court,
   for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

      Re:   *In re Digital Music Antitrust Litigation*,
             No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

      I write on behalf of all parties pursuant to your order issued on July 18, 2017, requiring the parties to "confer and inform the Court how they propose to proceed by letter no later than August 18, 2017."  Dkt. No. 407 at 89.  On August 1, 2017, following this Court's denial of class certification, Plaintiffs moved the Second Circuit for leave to appeal that decision pursuant to Rule 23(f).  Defendants opposed on August 11, 2017.  Given this, the parties respectfully request the case be stayed until the Second Circuit determines whether or not the Plaintiffs be allowed to appeal this Court's denial of class certification.  Should the Court be amenable to this limited stay, the parties would agree to confer and provide, within 10-days of the Second Circuit's determination on whether to allow Plaintiffs to appeal, a letter on how they propose to proceed.

                              Respectfully submitted,

                              CARMEN A. MEDICI

CAM:sll

    cc:   All counsel of Record (via ECF)

1298318_1

655 West Broadway   Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   www.rgrdlaw.com