**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

December 18, 2017

<u>VIA ECF</u>

The Honorable Judge Loretta A. Preska
United States District Court,
   for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

      Re:    *In re Digital Music Antitrust Litigation*,
                No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

      I write on behalf of all parties pursuant to the Court's Order of August 17, 2017. ECF No. 410. That Order stayed the case and provided that the parties would agree to confer and provide, within 10 days of the Second Circuit's determination on whether to allow the plaintiffs to appeal, a letter on how they propose to proceed. On December 8, 2017, the Second Circuit denied Plaintiffs' petition for permission to appeal pursuant to Rule 23(f) this Court's Order on Class Certification. The parties have conferred and request additional time, until January 5, 2018, to provide the Court a proposal regarding the ongoing litigation.

Respectfully submitted,

ALEXANDRA S. BERNAY

ASB:jpk

cc:    All counsel of Record (via ECF)