**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2029 Century Park East
Los Angeles, CA 90067-3026
Tel 310.552.8500
www.gibsondunn.com

Angelique Kaounis
Direct: +1 310.552.8546
Fax: +1 310.552.7026
AKaounis@gibsondunn.com

January 5, 2018

VIA ECF
Hon. Loretta A. Preska
Chief Judge, United States District Court (S.D.N.Y.)
500 Pearl Street, Room 2220
New York, NY 10007-1312

Re:     *In re Digital Music Antitrust Litigation*, 06 MDL 1780 (LAP):  Update per Docket #413

Dear Judge Preska:

Pursuant to the Court's December 20, 2017 Order (Dkt. 413), I write on behalf of all parties to notify the Court that the parties are attempting to resolve the matter and hope to do so shortly.  In light of this, we respectfully request that the Court permit us to submit a status update on or before January 19, 2018.

Respectfully submitted,

*Angelique Kaounis*

Angelique Kaounis,
Counsel for Defendant Sony Music Entertainment

AK/ak

102427280.1