**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

January 19, 2018

VIA ECF

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1-22-18]

The Honorable Judge Loretta A. Preska
United States District Court,
    for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

Re:   *In re Digital Music Antitrust Litigation*,
       No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

Pursuant to the Court's January 8, 2018 Order (ECF No. 415), I write on behalf of all parties to notify the Court that the parties are attempting to resolve the matter and expect to have either a dismissal on file or a further report within 30 days. In light of this, we respectfully request that the Court permit us to report back to the Court on or before February 19, 2018.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/22/18

Respectfully submitted,

/s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ASB:jpk

cc:   All counsel of Record (via ECF)