**Robbins Geller**
**Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com



March 19, 2018

FILED: 3-26-18

VIA ECF

The Honorable Judge Loretta A. Preska
United States District Court,
    for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

   Re:   *In re Digital Music Antitrust Litigation,*
         No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

   Pursuant to the Court's February 16, 2018 Memo Endorsement (ECF No. 419), I write on behalf of all parties to notify the Court that the parties are still attempting to resolve the matter. The parties are working diligently to come to an agreement and expect resolution shortly. In light of this, we respectfully request that the Court permit us to report back to the Court on or before April 2, 2018.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ALEXANDRA S. BERNAY

ASB:jpk   3/23/18

cc:   All counsel of Record (via ECF)

1394482_1

655 West Broadway   Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   www.rgrdlaw.com