**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

April 2, 2018

<u>VIA ECF</u>

The Honorable Judge Loretta A. Preska
United States District Court,
   for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

      Re:    *In re Digital Music Antitrust Litigation*,
             No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

      Pursuant to the Court's March 26, 2018 Memo Endorsement (ECF No. 421), I write on behalf of all parties to notify the Court that the parties are still attempting to resolve the matter.  The parties are working diligently to come to an agreement and expect resolution shortly.  In light of this, we respectfully request that the Court permit us to report back to the Court on or before April 16, 2018.

                          Respectfully submitted,

                          ALEXANDRA S. BERNAY

ASB:jpk

cc:     All counsel of Record (via ECF)