**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

April 16, 2018

<u>VIA ECF</u>

The Honorable Judge Loretta A. Preska
United States District Court,
   for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

      Re:    *In re Digital Music Antitrust Litigation*,
               No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

      Pursuant to the parties' joint letter dated April 2, 2018 (ECF No. 422), I write on behalf of all parties to update the Court that they have reached an agreement to resolve this matter, but are awaiting final sign off from some of the named plaintiffs.  In light of this, we respectfully request that the Court permit us to report back to the Court on or before April 23, 2018.

                                Respectfully submitted,

                                  ALEXANDRA S. BERNAY

ASB:jpk

cc:     All counsel of Record (via ECF)