**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

April 30, 2018

<u>VIA ECF</u>

The Honorable Judge Loretta A. Preska
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 2220
New York, NY  10007-1312

Re:   *In re Digital Music Antitrust Litigation*,
         No. 1:06-md-1780 (S.D.N.Y.)

Dear Judge Preska:

Pursuant to the parties' joint letter dated April 23, 2018 (ECF No. 424) and the Court's memo endorsement dated April 25, 2018 (ECF No. 425), I write on behalf of all parties to update the Court regarding this action. Plaintiffs have received final sign off from the named plaintiffs and expect to file a Request for Dismissal within the next seven days.

Respectfully submitted,

ALEXANDRA S. BERNAY

ASB:jpk

cc:   All counsel of record (via ECF)